NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3200

ROBERT A. KURSAR,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Peter Broida, of Arlington, Virginia, argued for petitioner. On the brief was Kevin L. Owen, Law Office of Gary M. Gilbert & Associates, of Silver Spring, Maryland. Of counsel was Linda A. Kincaid.

Elizabeth A. Holt, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3200

ROBERT A. KURSAR,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from the          Merit Systems Protection Board

In CASE NO(S).          SE315H030187-B-3.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, BRYSON, and PROST, <u>Circuit Judges</u>).

**AFFIRMED.**  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED*  <u>December 9, 2008</u>          <u>/s/ Jan Horbaly                              </u>
                                                   *Jan Horbaly, Clerk*